1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
5  Email: matt.jaksa@hro.com

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; and ZOMBA
7  RECORDING LLC

*ORIGINAL FILED*
*FEB 28 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

**SBA**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

UMG RECORDINGS, INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,

  Plaintiffs,

  v.

JOHN DOE,

  Defendant.

CASE NO. CV 08-1193

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35875 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
7  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
8  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
9  publicly traded. Vivendi S.A. is publicly traded in France.

10 The following companies are parents of, or partners in Plaintiff ZOMBA RECORDING
11 LLC: SONY BMG MUSIC ENTERTAINMENT; Bertelsmann AG; and Sony Corporation, of
12 which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

15 Dated:   February 28, 2008            HOLME ROBERTS & OWEN LLP

17                                       By  _____
18                                          MATTHEW FRANKLIN JAKSA
                                            Attorney for Plaintiffs
19                                          UMG RECORDINGS, INC.; and ZOMBA
                                            RECORDING LLC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35875 v1