Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; and ZOMBA RECORDING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. 4:08-cv-01193-SBA<br><br>**Honorable Saundra Brown Armstrong**<br><br>SUPPLEMENTAL DECLARATION OF MATTHEW FRANKLIN JAKSA IN FURTHER SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY [Docket No. 4] |

1

Supplemental Declaration of Matthew Franklin Jaksa
Case No. 4:08-cv-01193-SBA
#37823 v1

## DECLARATION OF MATTHEW FRANKLIN JAKSA

I, Matthew Franklin Jaksa, declare:

1. I am an attorney in the law firm of Holme Roberts & Owen LLP ("HRO"). HRO serves as lead national counsel for Plaintiffs in this and all similar actions. I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief. As to such facts, I believe them to be true.

2. Pending before the Court is Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery filed on February 28, 2008 and entered as Docket No. 4.

3. Plaintiffs' counsel is in receipt of a voicemail message dated May 18, 2008 from a law clerk for the Honorable Saundra B. Armstrong regarding a similar action to this one (Case No. C 08 1038) requesting that certain supplemental materials be filed in support of Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery pending in that case. A second voicemail with further instructions regarding the form of proposed order was received on May 22, 2008. In that case, the Court requested Plaintiffs to: (1) submit to the Court the list of files Defendant made available for distribution to the public as referenced in Plaintiffs' moving papers; (2) explain why Plaintiffs were unable to notice a hearing on their *Ex Parte* Application For Leave to Take Immediate Discovery, as by uploading a file to the Doe defendant's computer through the "peer-to-peer" ("P2P") file sharing network that Plaintiffs allege was used to infringe Plaintiffs' copyrights; and (3) submit a proposed order in the format described in Judge Armstrong's Standing Order for Civil Cases that addresses the notice issue.

4. In anticipation that the Court will require similar supplemental materials in support of the *Ex Parte* Application for Leave to Take Immediate Discovery in the instant action, filed along with this Declaration are the Supplemental Declaration of Katheryn J. Coggon and a proposed order in the form outlined in Judge Armstrong's Standing Order for Civil Cases.

5. Attached as **Exhibit A** is a true and correct copy of the list of files Defendant has made available for distribution to the public, as referenced in Paragraph 19 of the Declaration of Carlos Linares, filed on February 28, 2008 and entered as Docket No. 6.

---

1

Supplemental Declaration of Matthew Franklin Jaksa
Case No. 4:08-cv-01193-SBA
#37823 v1

6. As explained in the Supplemental Declaration of Katheryn J. Coggon, filed herewith, it is not possible to give notice to the John Doe Defendant by uploading a file to Defendant's computer using a P2P file copying network.

7. However, if the Court grants Plaintiffs' *Ex Parte* Application For Leave to Take Immediate Discovery and authorizes Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"), Defendant will have an opportunity to object before the ISP releases his or her information pursuant to the subpoena. Plaintiffs will serve a cover letter along with their subpoena that asks the ISP to notify the user of the pending subpoena so that the user can move to quash the subpoena or contact Plaintiffs directly to attempt to resolve the matter prior to the return date on the subpoena. In addition, a properly framed court order, such as the proposed order filed herewith, would ensure that Defendant has the opportunity to object before the return date on the subpoena.

8. Filed along with this Declaration and the Supplemental Declaration of Katheryn J. Coggon, is a proposed order in the form outlined in Judge Armstrong's Standing Order for Civil Cases. In addition, the proposed order directs the ISP to notify Defendant that a subpoena has been issued seeking his or her records, so that Defendant will have an opportunity to file a motion to quash before the return date on the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of June, 2008, at San Francisco, California.

_____
Matthew Franklin Jaksa

# EXHIBIT A

147347840_UserLog(Compressed).txt
Evidence for Log Ref ID: 147347840

Log for User at address 169.229.97.232:35932 generated on 11/9/2007 2:14:09 AM EST (-0500 GMT)
Total Recognized Files Being Distributed: 588
------------------------------
Total Recognized Audio Files: 292
Total Recognized Video Files: 0
Total Recognized Software Files: 1
Total Recognized Document Files: 0
------------------------------

File Name:  The Game & NJ Devil-A Devil's Advocate - 18 - DJ Vlad ft. 2pac and Akon - Street Life (prod by Hi-Tek)-c4.mp3 (5,879,942 bytes)

File Name: 01 So Many Ways.wma (4,416,141 bytes)

File Name: 01 Special Girl.wma (4,517,765 bytes)

File Name: 01 Track 1.wma (3,045,692 bytes)

File Name: 02 Better Start Talking.wma (4,075,575 bytes)

File Name: 02 Track 2.wma (3,098,403 bytes)

File Name: 03-snoop_dogg-sensual_seduction_(dirty).mp3 (6,612,459 bytes)

File Name: 04 - Chamillionaire - Wont Let You Down.mp3 (7,513,579 bytes)

File Name: 04 My Apology.wma (3,956,017 bytes)

File Name: 04 Track 4.wma (2,038,763 bytes)

File Name: 05 Spend the Night.wma (4,189,041 bytes)

File Name: 05-chamillionaire-industry_groupie.mp3 (5,551,334 bytes)

File Name: 06 Juicy.wma (6,971,299 bytes)

File Name: 06 Track 6.wma (3,566,386 bytes)

File Name: 07 Exclusive.wma (3,364,347 bytes)

File Name: 07 Shoot 'Em Up.mp3 (4,165,101 bytes)

File Name: 07 Track 7.wma (3,200,824 bytes)

File Name: 08 Right Place, Wrong Time.wma (3,770,657 bytes)

File Name: 08 Serious.wma (3,770,561 bytes)

File Name: 1 J.S.Bach - Suite No.3 in D Major YoYoMah.mp3 (5,012,685 bytes)

File Name: 11 Lust or Love.wma (3,609,453 bytes)

File Name: 12 Donell Jones - Treat U Right.mp3 (4,203,616 bytes)

File Name: 14. Ying Yang Twins ft. Avant - Bedroom Boom.mp3 (6,430,638 bytes)

File Name: 19 Big Kuntry King feat. B.G. - Fuck.mp3 (4,879,148 bytes)

File Name: 2 Pac - I'll Be Missing You (Changes Remix) (Tupac Tribute).mp3 (6,017,115 bytes)

```
                        147347840_UserLog(Compressed).txt
File Name: 2 Pac - Tupac - Dear Mama.mp3 (4,477,980 bytes)
File Name: 50 cent - 06 - come & go.mp3 (2,890,143 bytes)
File Name: 50 cent - 16 - curtis 187.mp3 (3,134,320 bytes)
File Name: 50 Cent - Amusement Park (Dirty).mp3 (6,258,688 bytes)
File Name: 50 Cent - curtis - 02 - My Gun Go Off (Dirty).mp3 (4,376,704 bytes)
File Name: 50 Cent - Curtis - 04 - I'll still kill (dirty) ft. Akon .mp3 (7,145,177
bytes)
File Name: 50 Cent - Curtis - 13 - Peep Show (feat. Eminem)(prod. by Eminem).mp3
(5,025,830 bytes)
File Name: 50 cent - curtis - all of me.mp3 (3,159,862 bytes)
File Name: 50 cent - Curtis - Bars of Pain and Pleasure.mp3 (4,576,338 bytes)
File Name: 50 cent - curtis - come & go.mp3 (2,925,756 bytes)
File Name: 50 cent - curtis - fire.mp3 (2,547,731 bytes)
File Name: 50 Cent - Curtis - I Get Money.mp3 (7,142,131 bytes)
File Name: 50 cent - curtis - man down.mp3 (3,198,256 bytes)
File Name: 50 cent - curtis - movin on up.mp3 (2,919,193 bytes)
File Name: 50 cent - Curtis - Moving On Up.mp3 (4,415,615 bytes)
File Name: 50 cent - curtis - touch the sky.mp3 (2,737,062 bytes)
File Name: 50 cent - Curtis -07 - Gunz For Sale.mp3 (3,091,813 bytes)
File Name: 50 Cent - Curtis 10 - my gun go off.mp3 (4,877,656 bytes)
File Name: 50 Cent - Curtis SSK - Rowdy Rowdy.mp3 (3,524,469 bytes)
File Name: 50 Cent - Curtis SSK - Ya Guns Don't Jam (New Shit 2007.mp3 (5,575,889
bytes)
File Name: 50 cent - curtis_187_(prod_by_havoc) (Dirty).mp3 (6,554,754 bytes)
File Name: 50 Cent - Fully Loaded Clip.mp3 (4,010,515 bytes)
File Name: 50 Cent - I Get Money (dirty).mp3 (5,434,073 bytes)
File Name: 50 Cent ft. Robin Thicke - Follow My Lead.mp3 (4,455,654 bytes)
File Name: 50 Cent- I'll Still Kill (feat. Akon).mp3 (3,533,086 bytes)
File Name: 50 Cent-Curtis-Follow My Lead (ft. Robin Thicke).mp3 (2,918,689 bytes)
File Name: 50 Cent-Straight to the Bank.mp3 (3,079,599 bytes)
File Name: 50 cent_-_ ayo technology.mp3 (3,338,543 bytes)
File Name: Akon - Sorry, Blame It On Me-main.mp3 (7,148,623 bytes)
File Name: Akon Ft Snoop Dogg - I Wanna Fuck you.mp3 (5,351,758 bytes)
                                        Page 2
```

147347840_UserLog(Compressed).txt

```
File Name: Al Green - God Blessed Our love.mp3 (3,793,536 bytes)
File Name: Al Green - I Can't Get Next To You3.mp3 (3,715,712 bytes)
File Name: Al Green - I'm So Tired Of Being Alone.mp3 (2,733,497 bytes)
File Name: Al Green - Lean On Me (Original Version).mp3 (4,155,392 bytes)
File Name: Al Green - Look What You've Done to Me.mp3 (2,976,168 bytes)
File Name: Al Green - Tired of Being Alone.mp3 (2,729,401 bytes)
File Name: Al Greene - Ain't No Sunshine When She's Gone.mp3 (2,998,464 bytes)
File Name: Avant ft. Tamia - My First Love.mp3 (4,299,087 bytes)
File Name: Avant & Keke Wyatt - Nothing In This World.mp3 (5,955,012 bytes)
File Name: Avant - 4 Minutes.mp3 (4,925,440 bytes)
File Name: Avant - Director - 10 - Director.mp3 (6,075,885 bytes)
File Name: Avant - Director - 11 - Lie About Us.mp3 (5,962,023 bytes)
File Name: avant - don't say no, just say yes.mp3 (6,633,420 bytes)
File Name: Avant - Everything About You.mp3 (5,767,671 bytes)
File Name: Avant - Lie about us (feat Nicole Scherzinger).mp3 (6,417,050 bytes)
File Name: Avant - Making good love.mp3 (6,420,315 bytes)
File Name: Avant - Ooh Aah.mp3 (4,062,820 bytes)
File Name: Avant - Phone Sex.mp3 (4,889,637 bytes)
File Name: Avant feat. Lil Wayne - You Know What.mp3 (5,459,968 bytes)
File Name: Avant ft. Nicole Scherzinger - Lie About Us.mp3 (4,002,658 bytes)
File Name: Avant- i wanna be.mp3 (5,496,640 bytes)
File Name: Baby Bash feat T-Pain- Cyclone.mp3 (9,633,016 bytes)
File Name: Beenie Man feat Akon - Girls.mp3 (4,704,384 bytes)
File Name: Big Tymers - Still Fly .mp3 (5,381,769 bytes)
File Name: biggie smalls - My Downfall.mp3 (5,228,217 bytes)
File Name: Biggie Smalls - Niggas Bleed.mp3 (4,657,439 bytes)
File Name: Biggie Smalls - Ten Crack Commandments.mp3 (3,273,011 bytes)
File Name: Biggie Smalls - You're Nobody Till Somebody Kills You.mp3 (4,272,256 bytes)
File Name: Biggie smalls and bone thugs n harmony - Life after death - Notorious thugs.mp3 (5,874,834 bytes)
File Name: Biggie Smalls Ft R.Kelly- Im Fucking You Tonight.mp3 (9,676,055 bytes)
```

```
                        147347840_UserLog(Compressed).txt
File Name: Biggie Smalls ft the Lox - Last Day.mp3 (4,147,170 bytes)

File Name: Biggie Smalls- I Got a Story to Tell.mp3 (4,535,949 bytes)

File Name: Birdman ft. Rick Ross, Lil' Wayne, Young Jeezy & Dre - 100 Million
Dollars .mp3 (3,395,918 bytes)

File Name: Bobby Valentino - Let's Get To It.mp3 (6,224,424 bytes)

File Name: Bobby Valentino - Slow Down.mp3 (4,546,977 bytes)

File Name: Bobby Valentino Ft. Ludacris - Gold Digger.mp3 (5,445,312 bytes)

File Name: Bobby Valentino- Anonymous.wma (2,473,261 bytes)

File Name: Bobby Valention-Turn The Page(1).mp3 (10,614,912 bytes)

File Name: Bone Thugs N Harmony ft. Wisin & Yandel - Take The Lead (Wanna Ride).mp3
(3,328,788 bytes)

File Name: Break up songs - Avant feat. Tamia ~ My First Love.mp3 (4,299,087 bytes)

File Name: Burn It Up - R. Kelly ft. Wisin & Yandel.mp3 (6,126,488 bytes)

File Name: Busta Rymes - Touch It (Remix) (ft. Mary J. Blige, Missy Elliot, Papoose,
Lloyd Banks, and DMX).mp3 (9,339,141 bytes)

File Name: Camron - Curtis (50 Cent diss full version).mp3 (6,859,337 bytes)

File Name: Chamillionaire Ft. Lil Flip - Turn it up.mp3 (6,688,896 bytes)

File Name: Chamillionaire ft. Slick Rick-Hip Hop Police(dirty).mp3 (8,117,307 bytes)

File Name: Chamillionare - Riding Dirty.mp3 (5,955,704 bytes)

File Name: Chamillionare ft Lil Flip - Turn It Up (Dirty).mp3 (6,689,683 bytes)

File Name: Chris Brown - Run It.mp3 (3,588,900 bytes)

File Name: Chris Brown Ft. Lil Wayne - Gimme That (Remix).mp3 (4,538,368 bytes)

File Name: Chris Brown ft. Neyo - So Glad.mp3 (4,665,419 bytes)

File Name: Chris Brown Ft. T Pain - Kiss Kiss.mp3 (6,039,302 bytes)

File Name: Ciara - 18 - I Found Myself.mp3 (6,614,210 bytes)

File Name: Ciara feat. Chamillionaire - Get Up.mp3 (4,254,476 bytes)

File Name: classical - Shostakovich Symphony No 5, Finale.mp3 (8,696,477 bytes)

File Name: classical -Bach, Johann Sebastian - Air on a G string (from Suite III),
BWV 1063 -- [Yo-Yo Ma, baroque cello; Ton Koopman, conductor, organ, harpsichord;
The Amsterdam Baroque Orchestra].mp3 (6,192,252 bytes)

File Name: clown porn.wm (142,737 bytes)

File Name: Crime Mob feat Lil Scrappy - Rock Yo Hips (Remix).mp3 (5,105,792 bytes)

File Name: D4L, 50 Cent, Snoop Dogg, The Game, Trap Squad, Soulja Boy, Youngbloodz,
Dem Franchize Boyz, Lil Wayne, Eminem, Young Jeezy, Gucci Mane, Jay-Z, Master P,
Booty Meat, Yo Gotti, .mp3 (3,352,868 bytes)
                                    Page 4
```

147347840_UserLog(Compressed).txt

File Name: DJ Khaled - We The Best - 05 - I'm So Hood (feat. T-Pain, Trick Daddy, Rick Ross & Plies).mp3 (7,124,992 bytes)

File Name: Don Omar - a ella quien la vio llorar fui yo.MP3 (7,432,424 bytes)

File Name: Don Omar - Angelito Vuela.mp3 (4,713,642 bytes)

File Name: Don Omar - Aunque Te Fuistes.mp3 (3,891,678 bytes)

File Name: Don Omar - Ayer La vi.mp3 (4,044,216 bytes)

File Name: Don Omar - Conteo - Fast and the Furious Tokyo Drift.mp3 (3,169,350 bytes)

File Name: Don Omar - Dale Don Dale.mp3 (3,405,200 bytes)

File Name: Don Omar - King Of Kings - 14 - Belly Danza (Feat. Beenie Man) {Ecko}.mp3 (3,938,474 bytes)

File Name: Don Omar - Salio El Sol.mp3 (7,622,784 bytes)

File Name: Don Omar - The Last Don - Quien La Vio Llorar.mp3 (4,504,940 bytes)

File Name: Don Omar ft. Magnate Y Valentino - Dile A Ella.mp3 (4,432,502 bytes)

File Name: Don Omar ft.Tego Calderon - Los Bandoleros.mp3 (5,491,648 bytes)

File Name: Donell Jones - Can't Wait.mp3 (4,497,536 bytes)

File Name: Donell Jones - Marry me.mp3 (2,455,032 bytes)

File Name: Donell Jones - September Love.mp3 (3,987,344 bytes)

File Name: Donell Jones - Spend The Night.mp3 (6,426,983 bytes)

File Name: Donell Jones - I'm Gonna Be.mp3 (4,370,562 bytes)

File Name: Donell Jones - Journey Of A Gemini - 01 - Special Girl.mp3 (5,619,420 bytes)

File Name: Donell Jones - Journey Of A Gemini - 03 - I'm Gonna Be.mp3 (4,370,561 bytes)

File Name: Donell Jones - Journey Of A Gemini - 04 - I Apologize.mp3 (3,483,667 bytes)

File Name: Donell Jones - Journey Of A Gemini - 09 - Feelin You.mp3 (4,247,805 bytes)

File Name: Donell Jones - Journey Of A Gemini - 12 - If You Want.mp3 (5,800,064 bytes)

File Name: Donell Jones - Journey Of A Gemini - Ordinary Day.mp3 (3,551,232 bytes)

File Name: Donell Jones - Loving You.mp3 (4,247,805 bytes)

File Name: Donell Jones - Lust Or Love.mp3 (4,501,376 bytes)

File Name: Donell Jones -Ooh Na Na.mp3 (3,770,368 bytes)

File Name: Donell Jones ft Clipse - I'm Gonna Be (Remix).mp3 (3,944,509 bytes)

File Name: Elida Y Avante - Luna LLena.mp3 (3,600,384 bytes)

147347840_UserLog(Compressed).txt

File Name: Fabolous - From Nothing To Something - Return Of The Hustle (Feat. Swizz Beatz).mp3 (6,173,302 bytes)

File Name: Fabolous ft. Neyo-You Make Me Better.mp3 (6,137,371 bytes)

File Name: Fantasia 2000 - Shostakovich- Piano Concerto No. 2, Allegro, Opus 102.mp3 (7,148,024 bytes)

File Name: Fat Joe Ft. Lil' Wayne & Trina - Make It Rain (Remix).mp3 (5,838,848 bytes)

File Name: G-dep ft ghostface killah, keith murray & craig mack - special delivery remix.mp3 (4,119,491 bytes)

File Name: Game ft. Cassidy - Aim for the Head.mp3 (4,058,775 bytes)

File Name: Ghostface Killah feat Neyo - Back like that.mp3 (4,408,993 bytes)

File Name: Ginuwine - In Them Jeans.mp3 (7,830,080 bytes)

File Name: hope - bring me flowers.mp3 (5,495,016 bytes)

File Name: Hope-who am I to say.mp3 (5,032,806 bytes)

File Name: Hurricane Chris-A Bay Bay (Dirty).mp3 (7,112,704 bytes)

File Name: Jay - Z - Aint No Love In The Heart Of The City.mp3 (4,502,781 bytes)

File Name: Jay Z and Linkin Park - Numb & Encore Remix.mp3 (3,253,394 bytes)

File Name: Jay-z - 10 - Kingdome Come - hollywood_(feat_beyonce)_(produced_by_scyience).mp3 (6,546,680 bytes)

File Name: Jay-Z - Kingdom come - 07 - 30 Something .mp3 (5,733,332 bytes)

File Name: Jay-z - Kingdom Come - Lost One.mp3 (9,869,312 bytes)

File Name: Jay-Z - The Blueprint - 08 - Heart of the City (Ain't No Love).mp3 (5,358,639 bytes)

File Name: Jay-Z feat. Pharrell - Blue Magic.mp3 (4,064,728 bytes)

File Name: Jay-Z_-_Show_Me_What_You_Got.mp3 (5,391,977 bytes)

File Name: Jim Jones, Stack Bundles & Lil Wayne - Looking at the Game.mp3 (9,303,857 bytes)

File Name: Kanye west -stronger.mp3 (6,657,988 bytes)

File Name: Kanye West- Can't Tell Me Nothing.mp3 (6,500,626 bytes)

File Name: Keith Jarrett - Shostakovich Fugue #6 in B minor.mp3 (3,692,589 bytes)

File Name: Keith Murray ft. Tyrese - Nobody Do It Better.mp3 (3,928,227 bytes)

File Name: Keke Wyatt - Ghetto Rose (2007) [www.RnB4U.dl.am].mp3 (5,553,160 bytes)

File Name: Keyshia Cole - Let It Go ft Lil' Kim, Missy Elliott.mp3 (5,057,130 bytes)

File Name: Lil John - Crunk Juice - 06 - Da Blow.mp3 (9,048,177 bytes)

File Name: Lil Jonh & The EastSide Boys - Snap Your Fingers.mp3 (4,422,854 bytes)

147347840_UserLog(Compressed).txt

File Name: Lil Scrappy - No Problems.mp3 (3,431,829 bytes)

File Name: Lil Wanye - Colors feat. Sean Kingston.mp3 (3,499,154 bytes)

File Name: Lil Wayne & Young Money - Knuck If You Buck Freestyle.mp3 (4,306,591 bytes)

File Name: Lil Wayne - 88 shots.mp3 (3,935,189 bytes)

File Name: Lil Wayne - Apologize Remix.mp3 (2,339,176 bytes)

File Name: Lil Wayne - Da Drought 3 - Duffle Bag Boy.mp3 (6,506,496 bytes)

File Name: Lil Wayne - Da Drought 3- Imagine.mp3 (4,556,331 bytes)

File Name: Lil Wayne - Freestyles - Love Of My Life.mp3 (3,204,885 bytes)

File Name: Lil Wayne - None Higher - 04 - Grey Goose.mp3 (3,730,548 bytes)

File Name: Lil Wayne - None Higher - 06 - Bring It Back.mp3 (2,882,941 bytes)

File Name: Lil Wayne - None Higher - dope man.mp3 (3,134,909 bytes)

File Name: Lil Wayne - None Higher - fireman so cold.mp3 (3,848,462 bytes)

File Name: Lil Wayne - None Higher - heard of that.mp3 (2,250,941 bytes)

File Name: Lil Wayne - None Higher - I Won't Budge .mp3 (7,510,771 bytes)

File Name: Lil Wayne - None Higher - Jack The Ripper.mp3 (4,008,574 bytes)

File Name: Lil Wayne - None Higher - Pro in the Game.mp3 (6,654,999 bytes)

File Name: Lil Wayne - Whip Game Proper.mp3 (8,264,216 bytes)

File Name: Lil Wayne Ft.Young Jock-Money On My Mind Remix.mp3 (7,012,833 bytes)

File Name: Lil Wayne- Stunnin like my daddy.mp3 (4,365,251 bytes)

File Name: Lloyd - Get It Shawty (Remix) (feat[1]. Yung Joc & Missy Elliott).mp3 (5,728,256 bytes)

File Name: Lloyd - Streetlove.mp3 (7,563,576 bytes)

File Name: Lloyd Banks - Karma Remix Feat. Avant.mp3 (9,107,616 bytes)

File Name: Lloyd Banks ft. 50 Cent - Hands Up (Dirty).mp3 (3,873,688 bytes)

File Name: Lloyd feat Lil Wayne - I Want You.mp3 (4,404,640 bytes)

File Name: Lloyd ft. Ashanti - Southside.mp3 (6,757,210 bytes)

File Name: Loving You- Donell Jones .mp3 (4,247,805 bytes)

File Name: Lynard Skynard - The Ballad Of Curtis Lowe.mp3 (4,659,119 bytes)

File Name: Maria Callas + Placido Domingo - Madama Butterfly.mp3 (10,524,257 bytes)

File Name: Mario - How Do I Breathe .mp3 (7,076,766 bytes)

File Name: Mike Jones feat. Bun B & Snoop Dogg - My 6-4.mp3 (5,656,495 bytes)

147347840_UserLog(Compressed).txt

File Name: Nas_Tupac_The_Game_-_Start_From_Scratch_REMIX.mp3 (4,155,813 bytes)

File Name: Nelly -Wadsyaname-dirty.mp3 (5,917,330 bytes)

File Name: Neyo - Because Of You.mp3 (5,597,021 bytes)

File Name: Neyo - In My Own Words - 04 - When You're Mad.mp3 (4,470,694 bytes)

File Name: NeYo - Let Go.mp3 (5,816,451 bytes)

File Name: NeYo - Sexy Love.mp3 (6,793,344 bytes)

File Name: NeYo - So Sick.mp3 (4,397,056 bytes)

File Name: NeYo ft. Mary J Blige - Do You Remix.mp3 (9,133,020 bytes)

File Name: Neyo ft. Peedi Crack - Stay with me.mp3 (3,353,831 bytes)

File Name: Neyo- The Plan.mp3 (2,668,001 bytes)

File Name: Notorious B.I.G. (Biggie) - Hypnotized.mp3 (3,229,696 bytes)

File Name: Notorious B.I.G. - Life After Death (Disc 2) - 11 - Long Kiss Goodnight.mp3 (5,087,420 bytes)

File Name: Notorious B.I.G. - The World is Filled... (Featuring Too Short and Puff Daddy).mp3 (7,078,434 bytes)

File Name: Notorious B.I.G. - What's Beef.mp3 (6,308,211 bytes)

File Name: Notorious BIG & Puff Daddy - Mo Money More Problems.mp3 (4,118,986 bytes)

File Name: Notorious BIG - Fuck You Tonight.mp3 (5,537,492 bytes)

File Name: Notorious BIG - Life After Death - Disc 2 - 07 - Nasty Boy.mp3 (5,342,354 bytes)

File Name: notorious big - life after death - disk 2 - playa hater.mp3 (3,811,926 bytes)

File Name: Notorious BIG feat 112- Skys the limit.mp3 (5,271,846 bytes)

File Name: One Chance Ft[1]. Bobby Valentino & Lloyd - Look At Her (Remix).mp3 (6,137,984 bytes)

File Name: Piles ft. Akon - Hypnotized.mp3 (4,576,927 bytes)

File Name: Pitbull - Aye Chico Luenga Afuera.mp3 (6,705,474 bytes)

File Name: Pitbull - Bojangles.mp3 (4,966,400 bytes)

File Name: Pitbull - El Mariel - 08 - Ay Chico (Lengua Afuera).mp3 (5,727,965 bytes)

File Name: Pitbull - El Mariel - 09 - Fuego.mp3 (6,062,675 bytes)

File Name: Pitbull - Toma.mp3 (5,118,327 bytes)

File Name: Pitbull ft Jim Jones - Sticky Icky.mp3 (8,735,953 bytes)

File Name: Pitbull ft. Duece Poppi & Plies - Playa Haterz.mp3 (5,896,615 bytes)

File Name: Plies feat Akon-Hypnotized.mp3 (4,526,605 bytes)

147347840_UserLog(Compressed).txt

File Name: Plies feat. T-Pain - Shawty.mp3 (6,238,920 bytes)

File Name: R. Kelly - Burn It Up ((Remix)) Ft Wisin, Yandel, Daddy Yankee, Deevani, Y Tego Calderon.mp3 (4,503,552 bytes)

File Name: R. Kelly Feat. The Game - Playa's Only.mp3 (2,980,371 bytes)

File Name: Rare Recording.wma (2,559,308 bytes)

File Name: Read Your Mind- Avant .mp3 (3,807,232 bytes)

File Name: Remy Ma ft. NeYo - Feels So Good.mp3 (7,753,626 bytes)

File Name: Rhianna - Shut Up And Drive.mp3 (5,421,184 bytes)

File Name: Rihanna - Umbrella ft. Jay-Z.mp3 (4,139,886 bytes)

File Name: Rihanna ft. NeYo - Hate That I Love You.mp3 (4,475,507 bytes)

File Name: Shop Boyz ft. Lil' Wayne, Jim Jones & Chamillionaire - Party Like A Rock Star (remix).mp3 (9,127,979 bytes)

File Name: Shostakovich - Festive Overture, Op. 96 - Summon the Heroes (John Williams and the Boston Pops Orchestra) - 07.mp3 (8,407,946 bytes)

File Name: Shostakovich - Russian Waltz - Jazz Suite 1 Andre Rieu.mp3 (3,877,218 bytes)

File Name: Shostakovich - Sonata For Cello & Piano 5.mp3 (5,175,296 bytes)

File Name: Shostakovich - String Quartet No. 8 - II - Allegro molto - Kronos Quartet - Black Angels(1).mp3 (3,763,014 bytes)

File Name: Shostakovich - String Quartet No. 8 in C minor.mp3 (2,530,659 bytes)

File Name: Shostakovich, Dimitri - Waltz #2 From Jazz Suite.mp3 (3,539,278 bytes)

File Name: Shwaty Is A Ten.mp3 (186,308 bytes)

File Name: Shwaty_is_a_ten.mp3 (116,877 bytes)

File Name: Slow Jams - Avant - 12 - Why.mp3 (7,940,312 bytes)

File Name: Soulja Boy- Crank dat Souljaboy.mp3 (7,115,841 bytes)

File Name: Soundtrack - Shostakovich - Fantasia 2000 - Pines of rome.mp3 (9,835,019 bytes)

File Name: T-Pain Feat. Akon - Bartender.mp3 (5,819,771 bytes)

File Name: T.I. - Big Things Poppin (dirty).mp3 (6,947,597 bytes)

File Name: T.I. ft. Wyclef Jean - You Know What It Is.mp3 (5,205,015 bytes)

File Name: Take the Lead (Soundtrack) - 06 - Pitbull, Dirtbag & Timbaland - Here We Go (Remix).mp3 (3,129,550 bytes)

File Name: Tamia - I'm So Into You.mp3 (4,253,826 bytes)

File Name: Tamia-Still.mp3 (10,732,818 bytes)

File Name: The Game - Stunt 187.mp3 (4,094,073 bytes)

147347840_UserLog(Compressed).txt
File Name: The Game - Disco Inferno (G-Unot Remix).mp3 (2,447,194 bytes)

File Name: The Game - Ghost Unit - 07 - Palm Pilot (Young Gunz Diss feat. Money Mike).mp3 (7,963,299 bytes)

File Name: The Game - Hands Down (FUCK G-UNIT).mp3 (4,443,577 bytes)

File Name: The Game - Hate It Or Love It (feat 50Cent).mp3 (5,102,138 bytes)

File Name: The Game - One Blood (Dirty).mp3 (4,078,933 bytes)

File Name: The Game - The Doctor's Advocate - Whatcha Drinkin On (feat. Snoop Dogg).mp3 (4,535,709 bytes)

File Name: The Game feat. Nas - Why You Hate The Game.mp3 (6,496,384 bytes)

File Name: The Game ft. Dipset - BlackWallStreet.mp3 (4,946,048 bytes)

File Name: The Game Ft. Kanye West - Wouldn't Get Far.mp3 (6,028,938 bytes)

File Name: The Game ft. Lil Wayne - Lyrical Homicide.mp3 (2,586,794 bytes)

File Name: The Game-My Low Rider ft. Paul Wall, WC, E40, Chingy, Techniec, Crooked I, Lil' Rob & Ice Cube(1).mp3 (6,592,640 bytes)

File Name: The_Game_ft_Anthony_Hamilton_-_Hustlers_Dream_-_.mp3 (4,534,400 bytes)

File Name: Timbaland - Apologize (Feat. onerepublic).mp3 (4,429,700 bytes)

File Name: Timbaland Presents - Shock Value - 01 - Oh Timbaland.mp3 (6,463,488 bytes)

File Name: Timbaland- The Way I Are (remix).mp3 (7,513,906 bytes)

File Name: Timbaland- The Way I Are.mp3 (4,782,080 bytes)

File Name: Timberland and One Republic - Apologize.mp3 (4,442,072 bytes)

File Name: Tupac - I shot ya (remix) 2pac diss (Keith murray, mobb deep, fat joe, foxy brown, ll cool j) .mp3 (4,837,376 bytes)

File Name: Twista ft. Pitbull - Get Down Hit The Floor.mp3 (5,234,696 bytes)

File Name: Usher feat. Ludacris & Lil' John - Yeah.mp3 (5,970,533 bytes)

File Name: Wagner - Ride of the Valkyries.mp3 (9,723,402 bytes)

File Name: Wisin & Yandel - Se menea.mp3 (3,333,362 bytes)

File Name: Wisin y Yandel - Los Benjamins - Noche de entierro - Ft. Tony-Tun-Tun, Hector El FaTher, Daddy Yankee, y Zion.mp3 (4,173,740 bytes)

File Name: Wisin y Yandel - Pam Pam.mp3 (3,645,483 bytes)

File Name: Wisin Y Yandel - Sexy Movimiento.mp3 (4,261,272 bytes)

File Name: Wisin y Yandel Ft. Aventura - Noche De Sexo.mp3 (4,942,453 bytes)

File Name: Wisin y Yandel-Llame Pa Verte.mp3 (3,899,468 bytes)

File Name: Wisin_&_Yandel_-_Fuego_(Los_Extraterrestres).mp3 (3,866,624 bytes)

File Name: Ying Yang Twins feat Avant - Bedroom Boom (Dirty).mp3 (7,516,160 bytes)

147347840_UserLog(Compressed).txt

File Name: Yo Gotti- Thats Whats Up.mp3 (6,858,537 bytes)

File Name: Young Berg - Sexy Lady (Dirty).mp3 (5,550,586 bytes)

File Name: Young Berg ft Jim Jones & Rich Boi-Sexy Lady Remix.mp3 (3,506,539 bytes)

File Name: Young Buck Ft Lil' Scrappy- Money in the Bank.mp3 (6,234,347 bytes)

File Name: Young Jeezy - I Love It.mp3 (4,778,112 bytes)

File Name: Young Joc--Coffee Shop (Produced by Don Vito) [FBB].mp3 (4,501,632 bytes)

File Name: Young Jock - I Know U See It.mp3 (5,025,792 bytes)

File Name: Young Jock ft Marques Houston - 1st Time.mp3 (6,597,290 bytes)

File Name: [Full] brahams with Bonus.zip (322,778 bytes)