UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL 0 3 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UMG RECORDINGS, INC., a Delaware corporation, and ZOMBA RECORDING LLC, a Delaware limited liability company,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

Case No. 08-01193 SBA

ORDER

[Docket Nos. 4 and 13]

**REQUEST BEFORE THE COURT**

Before the Court is plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery (the "Motion") [Docket No. 4]. Plaintiffs are record companies and copyright holders that seek leave to issue a subpoena to the University of California, Berkeley ("UCB"), under Federal Rule of Civil Procedure 45, to identify defendant prior to a conference under Federal Rule of Civil Procedure 26(f). The Court finds this matter suitable for disposition without a hearing, and HOLDS the Motion in ABEYANCE, while plaintiffs contact UCB and determine (1) whether the information sought by subpoena is still available; and (2) whether UCB will provide this information to plaintiffs without a subpoena. Plaintiffs have 21 days from the date of the entry of this Order to file with the Court the answers to these two questions.

It is further ORDERED that plaintiffs' application to extend time to serve defendant with process [Docket No. 13] is GRANTED pursuant to Federal Rule of Civil Procedure 4(m). Plaintiffs' time to serve the Summons and Complaint on defendant is therefore extended to September 25, 2008.

IT IS SO ORDERED.

July 3, 2008

                                        Saundra Brown Armstrong
                                        United States District Judge