| | |
|---|---|
| 1 | Dawniell Alise Zavala (CA State Bar No. 253130) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
|   | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
|   | Email:         dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | UMG RECORDINGS, INC.; and ZOMBA |
| 7 | RECORDING LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company, | CASE NO. 4:08-CV-01193-SBA |
| | **Honorable Saundra B. Armstrong** |
| Plaintiffs, | |
| v. | *EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| JOHN DOE, | |
| Defendant. | |

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 4:08-CV-01193-SBA
#39594 V1

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for September 3, 2008 at 3:00 p.m. to December 3, 2008. As set forth in greater detail below, the Court has not yet issued an order on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, filed on February 28, 2008, and entered as Docket No. 4. Unless and until the Court issues an order allowing Plaintiffs to take the discovery sought therein, Plaintiffs will be unable to discover the true identity of the Doe defendant in this case, and will be unable to effectuate service of process or otherwise advance this case. In support of their request, Plaintiffs state as follows:

1. The initial case management conference is set for September 3, 2008 at 3:00 p.m. Plaintiffs have requested, and the court granted, one previous continuance of the case management conference in this matter on May 29, 2008.

2. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on February 28, 2008. Plaintiffs did not have sufficient identifying information to name the defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider – here, University of California, Berkeley ("UCB").

3. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 28, 2008, seeking the Court's permission to serve a Rule 45 subpoena on UCB. Plaintiffs also filed a Supplemental Declaration of Dawniell Alise Zavala in Support of *Ex Parte* Application for Leave to Take Immediate Discovery on July 21, 2008 providing additional information requested by the Court in its order filed July 3, 2008. The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.

4. If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will attempt to determine Defendant's true identity by serving a Rule 45 subpoena on UCB seeking identifying information including Defendant's name, address, and telephone number.

5. If UCB is able to identify Defendant, Plaintiffs will give Defendant written notice of their claim and attempt to contact Defendant and resolve the dispute. If the dispute cannot be resolved, Plaintiffs plan to file a First Amended Complaint naming Defendant individually and then proceed to serve process upon him or her.

6. However, unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs cannot identify the Doe defendant, initiate settlement talks, or name Defendant individually and begin service attempts.

7. Thus, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for September 3, 2008 at 3:00 p.m. to December 3, 2008.

Dated: August 22, 2008                                HOLME ROBERTS & OWEN LLP


By: _____*/s/ Dawniell Alise Zavala*____
    DAWNIELL ALISE ZAVALA
    Attorney for Plaintiffs

**[PROPOSED] ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for September 3, 2008 at 3:00 p.m. be continued to December 3, 2008.

Dated: _____          By: _____
                                          Honorable Saundra B. Armstrong
                                          United States District Judge