**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No. 08-1193 SBA<br><br>**ORDER**<br><br>[Docket No. 19] |

This matter comes before the Court on Plaintiffs Ex Parte Application for Extension of Time to Effectuate Service. [Docket No. 19]. Good cause having been shown:

IT IS ORDERED that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Amended Complaint on Defendant be extended for a period of 90 days, to December 26, 2008.

IT IS FURTHER ORDERED THAT as plaintiffs will not have served Defendant John Doe with the Summons and Amended Complaint until on or before December 26, 2008, the CMC set for **December 3, 2008, at 2:45 p.m.** is continued until **January 29, 2008, at 2:30 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

October 6, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge