1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   E-mail: tom.kerr@hro.com
5

6  Attorney for Plaintiffs
7  UMG RECORDINGS, INC.; and ZOMBA
   RECORDING LLC
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11
   UMG RECORDINGS, INC., a Delaware            Case No.: 4:08-cv-01193-SBA
12 corporation; and ZOMBA RECORDING LLC,
   a Delaware limited liability company,       The Honorable Sandra Brown Armstrong
13
14                          Plaintiffs,        **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
15        v.
16                                             Date:   March 17, 2009
                                               Time:   1:00 P.M.
17 RICARDO RODRIGUEZ,                          Dept.:  3, 3rd Floor
18                          Defendant.
19
20
21
22
23
24
25
26
27
28

DEFAULT JUDGMENT AND PERMANENT INJUNCTION
UMG, ET AL. V. RODRIGUEZ; CASE NO.:  4:08-CV-01193-SBA

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the four (4) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant Ricardo Rodriguez ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Dollars ($3,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal law in the following copyrighted sound recordings:

- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Nothing In This World," on album "Soul Sista," by artist "Keke Wyatt" (SR# 303-159);
- "Blueprint (Momma Loves Me)," on album "The Blueprint," by artist "Jay-Z" (SR# 301-441);
- "Playa's Only," on album "TP.3 Reloaded," by artist "R. Kelly" (SR# 375-213);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

1 | destroy all copies of those downloaded recordings transferred onto any physical medium or device in
2 | Defendant's possession, custody, or control.

Dated: 3/17/09

*/s/ Sandra B. Armstrong*
Honorable Sandra Brown Armstrong
United States District Judge

DEFAULT JUDGMENT AND PERMANENT INJUNCTION
UMG, ET AL. V. RODRIGUEZ; CASE NO.: 4:08-CV-01193-SBA

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On February 10, 2009, I served the foregoing documents described as:

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Ricardo Rodriguez
> 12050 Rio Hondo Parkway
> El Monte, CA 91732

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on February 10, 2009 at San Francisco, California.

*Della Grant*
Della Grant

DEFAULT JUDGMENT AND PERMANENT INJUNCTION
UMG, ET AL. V. RODRIGUEZ; CASE NO.: 4:08-CV-01193-SBA